**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**SOLOMON S. KENNEDY**                                                                      **PLAINTIFF**

**V.**                                **CIVIL ACTION NO.: 4:07cv187-WAP-DAS**

**CHRISTOPHER B. EPPS, ET AL.**                                        **DEFENDANTS**

*CONSOLIDATED WITH*

**SOLOMON S. KENNEDY**                                                              **PLAINTIFF**

**V.**                                **CIVIL ACTION NO.: 4:08cv40-MPM-DAS**

**CHRISTOPHER B. EPPS, ET AL.**                                       **DEFENDANTS**

## ORDER

Before the Court are two motions filed by the *pro se* plaintiff. The first motion (# 77) is yet another motion to amend the complaint. By Order (# 76) the court denied four similar motions on the ground that the amendment deadline had long expired. For the same reason, the instant motion to amend is hereby **DENIED**. The court has thoroughly reviewed the second motion (#78); and, because it presents no decipherable request for relief or court intervention, it is hereby terminated.

**SO ORDERED** this 9th day of June, 2010.

                                                                                 **/s/ David A. Sanders**
                                                                              **U. S. MAGISTRATE JUDGE**