IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SOLOMON S. KENNEDY                                                                PLAINTIFF

V.                                                                            NO. 4:07CV187-P-S

LAWRENCE KELLEY, et al.                                                        DEFENDANTS

CONSOLIDATED WITH

SOLOMON S. KENNEDY                                                                PLAINTIFF

V.                                                                            NO. 4:08CV040-P-S

CHRISTOPHER B. EPPS, et al.                                                    DEFENDANTS

# ORDER

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February 15, 2011, was on that date duly served by mail upon Plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation (docket entry 80) of the United States Magistrate Judge dated February 15, 2011, is hereby APPROVED and ADOPTED as the opinion of the court;

2) Defendants Epps, Brewer, Kelly, Shelby, Armstrong, Flagg, White, Jones, Powell, Walker, Steel, Kim, Shelby, Diggs, Robertson, First, Caplan, Santos, Nathan Harris, Johnny Scott, Thigpen, Crocker, Casey, Willis and Conrad are DISMISSED with prejudice; and

3) this matter shall proceed as to the remaining Defendants Ricky Scott, Shirley Harris and James Griffin.

THIS the 30th day of March, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE